UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| Finisar Corporation, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Cause No. 1:05-cv-0264 |
| v. | ) ) ) | |
| The DIRECTV Group, Inc., a Delaware Corporation; DIRECTV Holdings, LLC, a Delaware Limited Liability Company; DIRECTV Enterprises, LLC, a Delaware Limited Liability Company; DIRECTV Operations, LLC, a California Limited Liability Company; DIRECTV, Inc., a California Corporation; and Hughes Network Systems, Inc., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) ) | Judge Ron Clark<br><br>JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFF FINISAR CORPORATION'S MOTION TO STRIKE PRIOR ART REFERENCES CONSIDERED AND RELIED UPON BY THE DIRECTV GROUP, ET AL. TECHNICAL EXPERTS, GARY S. TJADEN AND CHARLES J. NEUHAUSER, FOR FAILURE TO PRODUCE AND FAILURE TO COMPLY WITH PATENT RULE 3-3**

Finisar hereby moves the Court to expedite its consideration of Finisar's Motion to Strike Prior Art References Considered and Relied Upon by the DIRECTV Group, et al. Technical Experts, Gary S. Tjaden and Charles J. Neuhauser, For Failure to Produce and Failure to Comply with Patent Rule 3-3. Expedited consideration is necessary because the new or not produced references relied upon by DIRECTV must be responded to by Finisar by next Wednesday. Therefore, Finisar intends, and has informed DIRECTV of its intent, to contact the Court today, March 14, 2006. Finisar respectfully asks that the Court resolve the issues presented in Finisar's motion to strike at that time.

DATED this 14th day of March, 2006.

        **GERMER GERTZ, L.L.P.**

550 Fannin, Suite 500
Beaumont, Texas 77701
(409) 654-6700 - Telephone
(409) 838-4050 – Telecopier

    Lawrence Louis Germer
    Attorney in Charge
    State Bar No. 07824000
    e-mail: llgermer@germer.com

    H. Craig Hall
    State Bar No. 24012768
    e-mail: hchall@germer.com

**WORKMAN NYDEGGER**

1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
(801) 533-9800 - Telephone
(801) 321-1707 - Facsimile

By:   /s/ Kirk R. Harris
    Larry R. Laycock (Utah Bar No. A4868)
    e-mail: llaycock@wnlaw.com
    David R. Wright (Utah Bar No. A5164)
    e-mail: dwright@wnlaw.com
    Charles L. Roberts (Utah Bar No. 5137)
    e-mail: croberts@wnlaw.com
    Eric Maschoff (Utah Bar No. A6608)
    e-mail: emaschoff@wnlaw.com
    C.J. Veverka (Utah Bar No. A7110)
    e-mail: cveverka@wnlaw.com
    Kirk R. Harris (Utah Bar No. 10221)
    e-mail: kharris@wnlaw.com
Attorneys for Plaintiff FINISAR CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**HEARTFIELD & McGINNIS, LLP**
J. Thad Heartfield, Jr. (thad@heartfieldmcginnis.com)
HEARTFIELD & MCGINNIS
2195 Dowlen Road
Beaumont, Texas  77706

**JONES DAY**
Marsha E. Mullin (memullin@jonesday.com)
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025

Michael J. Newton, Esq. (mnewton@jonesday.com)
Jones Day
2727 North Harwood Street
Dallas, Texas  75201-1515


　　　　　　　　　　　　　　　　　　　　/s/ Kirk R. Harris

J:\163131\044 Motion to Expedite.doc