UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| Finisar Corporation, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Cause No. 1:05-cv-0264 |
| v. | ) ) ) | |
| The DIRECTV Group, Inc., a Delaware Corporation; DIRECTV Holdings, LLC, a Delaware Limited Liability Company; DIRECTV Enterprises, LLC, a Delaware Limited Liability Company; DIRECTV Operations, LLC, a California Limited Liability Company; DIRECTV, Inc., a California Corporation; and Hughes Network Systems, Inc., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) | Judge Ron Clark<br><br>JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**ORDER GRANTING PLAINTIFF FINISAR CORPORATION'S MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFF FINISAR CORPORATION'S MOTION TO STRIKE PRIOR ART REFERENCES CONSIDERED AND RELIED UPON BY THE DIRECTV GROUP, ET AL. TECHNICAL EXPERTS, GARY S. TJADEN AND CHARLES J. NEUHAUSER, FOR FAILURE TO PRODUCE AND FAILURE TO COMPLY WITH PATENT RULE 3-3**

The Court, having considered the above-captioned motion by plaintiff Finisar Corporation ("Finisar") to Expedite Consideration of Finisar's Motion to Strike Prior Art References Considered and Relied Upon by the DIRECTV Group, et al. Technical Experts, Gary S. Tjaden and Charles J. Neuhauser, for Failure to Produce and Failure to Comply with Patent Rule 3-3 ("Finisar's Motion"), and the arguments and submissions of the parties with respect thereto, hereby GRANTS Finisar's motion.

IT IS HEREBY ORDERED:

1)     Finisar's Motion will be heard by the Court via a telephonic hearing Wednesday, February 15, 2006. DIRECTV may file an opposition to Finisar's Motion to Strike prior to the agreed upon time set for the telephonic hearing on Wednesday.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**HEARTFIELD & McGINNIS, LLP**
J. Thad Heartfield, Jr. (thad@heartfieldmcginnis.com)
HEARTFIELD & MCGINNIS
2195 Dowlen Road
Beaumont, Texas  77706

**JONES DAY**
Marsha E. Mullin (memullin@jonesday.com)
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025

Michael J. Newton, Esq. (mnewton@jonesday.com)
Jones Day
2727 North Harwood Street
Dallas, Texas  75201-1515

/s/ Kirk R. Harris