UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
1:30 P.M. July 6, 2006
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By Beverly Aulbaugh DEPUTY

| | |
|---|---|
| DIVISION   Beaumont | DATE   July 6, 2006 |
| DISTRICT JUDGE   RON CLARK | TIME   9:35 am - 1:20 pm |
| FINISAR CORPORATION | REPORTER   Ada Christi |

FINISAR CORPORATION

                                   PLAINTIFF
VS.                                               CIVIL NO.   1:05cv264

DIRECTV GROUP INC., ET AL

                                   DEFENDANT

ATTORNEYS FOR PLAINTIFF   Lawrence Germer, Charles Roberts, CJ Veverka, Craig Hall, Ludmila Yamalova

ATTORNEYS FOR DEFENDANT   Thad Heartfield, Victor Savikas, Louis Touton, Gregory Castanias

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD: Hearing held on post trial motions before Judge Clark. 9:37 am Mr. Roberts made his statements to the Court. Mr. Veverka made statements to the Courts.  10:11 am Mr. Veverka called Brian Napper to testify before the Court. 10:30 am Cross exam by Mr. Savikas.  10:44 am Recessed.  10:55 am Resumed. Mr. Roberts made arguments to the Court. 11:00 am Mr. Savikas called Rich Donaldson to testify. 11:12 am Cross exam by Mr. Veverka.  11:24 am Redirect by Mr. Savikas.  11:25 am Mr. Savikas called Thomas McGeorge to testify before the Court.  11:29 am Cross exam by Mr. Roberts.  11:36 am Arguments by Mr. Castanias  12:07 pm Arguments by Mr. Roberts.  The Court instructed the

DAVID J. MALAND, CLERK

Beverly Aulbaugh
DEPUTY CLERK

Total Time: 3 hrs. 34 mins.

Case No. 1:05cv264   Finisar Corp. v. Directv Group Inc., et al   Page 2

parties to submit to the Clerk's Office a disc with their exhibits on it from the trial.  The parties will be responsible for the original paper exhibits.  The Court made it's ruling on the record regarding the judgment in this case and the Court will enter a written judgment.

1:20 pm Adjourned.