NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1410

FINISAR CORPORATION,

Plaintiff-Appellant,

v.

THE DIRECTV GROUP, INC., DIRECTV HOLDINGS LLC,
DIRECTV ENTERPRISES LLC, DIRECTV OPERATIONS LLC,
HUGHES NETWORK SYSTEMS, INC., and DIRECTV, INC.,

Defendants-Appellees.

## Judgment

ON APPEAL from the    United States District Court for the Eastern District of Texas

In CASE NO(S).    1:05-CV-264.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, PROST, and MOORE, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED    JAN 8 - 2010

*Jan Horbaly, Clerk*

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 8 - 2010

JAN HORBALY
CLERK